FILED
CLERK, U.S. DISTRICT COURT

AUG 1 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EUGENE WEYAND ) | Case No. CV 06-5277-SJO (JTL) |
| Petitioner, ) | |
| ) | **J U D G M E N T** |
| v. ) | |
| JAMES A. YATES, Warden, ) | |
| Respondent. ) | |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: _____8/14/08_____

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE